UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Karnofsky,<br><br>    Plaintiff,<br><br>vs.<br><br>Target National Bank and FDIC Insured Corporation and Does 1 through 100 Inclusive,<br><br>    Defendants. | ) Case No. 13-CV-01459 - HRL<br>)<br>)<br>)<br>)<br>) **STIPULATION AND [PROPOSED]**<br>) **ORDER SELECTING ADR PROCESS**<br>)<br>)<br>)<br>)<br>)<br>) |

    Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

    **Court Processes:**
        ☐  Non-binding Arbitration (ADR L.R. 4)
        ☐  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
        ☒  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

    **Private Process:**
        ☐  Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
        ☐  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

1

121570338v1 0944681

☐ other requested deadline _____

Dated: June 10, 2013  **SAGARIA LAW, P.C.**

By: _____
Scott J. Sagaria (Bar #217981)
Elliot W. Gale (Bar #263326)
Jarrett S. Osborne-Revis (Bar #289193)
333 West San Carlos Street
Suite 620
San Jose, CA 95110
Attorneys for Plaintiff

Dated: June 10, 2013  **HINSHAW & CULBERTSON LLP**

By: _____
David I. Dalby (Bar #114750)
One California Street, 18th Floor
San Francisco, CA 94111
Tel: 415-362-6000
Fax: 415-834-9070

Attorneys for Defendant
Target National Bank

CONTINUE TO FOLLOWING PAGE

## [~~PROPOSED~~] ORDER

☐ The parties' stipulation is adopted and IT IS SO ORDERED.
X  The parties' stipulation is modified as follows, and IT IS SO ORDERED.

**The parties shall conduct the Mediation by the presumptive deadline, 90 days from the date of this Order.**

Dated: June 11, 2013

_____
~~UNITED STATES JUDGE~~
**UNITED STATES MAGISTRATE JUDGE**
**HOWARD R. LLOYD**

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

121570338v1 0944681