*E-Filed: October 23, 2013*

SCOTT J. SAGARIA (SBN 217981)
SJSagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
Egale@sagarialaw.com
JARRETT S. OSBORNE-REVIS (SBN 289193)
Josborne@sagarialaw.com
**SAGARIA LAW, P.C.**
333 West San Carlos Street, Suite 620
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

DAVID I. DALBY (SBN: 114750)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:   415-362-6000
Facsimile:   415-834-9070
ddalby@hinshawlaw.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| LINDA KARNOFSKY, | Case No.: 5:13-cv-01459-HRL |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL** ; ORDER |
| v. | |
| TARGET NATIONAL BANK, an FDIC insured corporation and DOES 1 through 100 inclusive, | |
| Defendants. | |

STIPULATED REQUEST FOR DISMISSAL- 1

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** between the parties that the above captioned case be dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:   October 7, 2013

/s/ *Jarrett S. Osborne-Revis*
Scott J. Sagaria
Elliot W. Gale
Jarrett S. Osborne-Revis
**Sagaria Law, P.C.**
Attorneys for Plaintiff

Dated: October 2, 2013

/s/ _____
David I. Dalby, Esq.
**Hinshaw & Culbertson, LLP.**
Attorneys for Defendant

I, Jarrett S. Osborne-Revis, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that David I Dalby has concurred in this filing.

/s/ *Jarrett S. Osborne-Revis*

### ~~[PROPOSED]~~ ORDER

IT IS SO ORDERED.

DATED: 10/23/13

_____
UNITED STATES MAGISTRATE JUDGE
HOWARD R. LLOYD